UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN SERKAIAN, COLLEEN SERKAIAN and HOME BUILDERS ASSOCIATION OF MICHIGAN, A Michigan nonprofit corporation, | Case No.: 1:25-cv-1327<br>Hon.<br>State Court Case No. 2025-004747-CZ |
| Plaintiffs, | **NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN** |
| v. | |
| WHITE LAKE FIRE AUTHORITY, a municipal authority, CITY OF WHITEHALL, a municipal corporation, FRUITLAND TOWNSHIP, a municipal corporation, JEFF MARCINKOWSKI, individually and in his Capacity as Township Supervisor of Fruitland Township, and PETER McCARTHY, individually, And in his capacity as Fire Chief of the White Lake Fire Authority, | |
| Defendants. | |

| | |
|---|---|
| Edward J. Hood (P42953)<br>Adam T. Schnatz (P72049)<br>CLARK HILL PLC<br>Co-Counsel for Plaintiffs<br>500 Woodward Avenue, Ste 3500<br>Detroit, MI 48226<br>313-965-8300<br>ehood@clarkhill.com<br>aschnatz@clarkhill.com<br><br>David M. Cassell (P49359)<br>MYERS & MYERS PLLC<br>Co-Counsel for Plaintiffs<br>915 North Michigan Avenue<br>Howell, MI 48843<br>(517) 540-1700<br>dcassell@myers2law.com<br><br>Melissa A. Hagen (P42868)<br>COHL, STOKER & TOSKEY, PC<br>Co-Counsel for Plaintiffs<br>601 N. Capitol Avenue<br>Lansing, MI 48933<br>(517) 372-9000<br>mhagen@cstmlaw.com | Craig R. Noland (P30717)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendants Fruitland Township and Jeff Marcinkowski<br>44 Cesar E. Chavez Avenue, SW, Suite 200<br>Grand Rapids, MI  49503<br>(616) 288-3700/Fax (248) 502-4001<br>cnoland@mcgrawmorris.com |

## NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

TO:   United States District Court for the Western District of Michigan.

NOW COME DEFENDANTS, Fruitland Township and its Supervisor, Jeff Marcinkowski, by and through their attorneys, McGraw Morris, P.C., and pursuant to U.S.C. § 1441(b) and § 1446, file this Notice of Removal for the following reasons:

1. On or about October 6, 2025 a summons was issued, and Plaintiffs filed a Complaint against Defendants in the 14th Circuit Court for the County of Muskegon, State of Michigan, Docket No. 2025-004747-CZ (copy of the Summons, Complaint is attached as Exhibit 1; Docket Sheet Exhibit 2).

2. The Complaint was served on Defendants Fruitland Township and Marcinkowski on October 14, 2025. This case is timely removed and otherwise removable pursuant to the statutes of the United States of America.

3. Plaintiffs allege that "this action" is brought under 42 U.S.C. § 1983 to address the deprivation of rights under the United States Constitution (¶11) and specifically the violation of rights guaranteed by the Equal Protection and Due Process Clause of the United States Constitution (Count VI).

4. The action filed by Plaintiffs is one which the District Court of the United States would have original jurisdiction under 28 U.S.C. § 1331, a civil action arising under the Constitution of the United States of America. Specifically, Plaintiffs allege violation of the rights secured under the United States Constitution.

5. Pursuant to 28 U.S.C. § 1446(d), Counsel certifies that a copy of this Notice of Removal will be served upon Plaintiffs' Counsel, and a written Notice of this Notice of Removal will be

timely filed with the Clerk of the Court of the 14th Circuit Court for the County of Muskegon, State of Michigan.

                                                McGraw Morris, PC
                                                Attorneys for Defendants Fruitland Township
                                                   and Jeff Marcinkowski

Dated:  October  30, 2025                     /s/      *Craig R. Noland*
                                                      Craig R. Noland (P30717)
                                                      McGRAW MORRIS P.C.
                                                      44 Cesar E. Chavez Avenue, SW, Suite 200
                                                      Grand Rapids, MI  49503
                                                      (616) 288-3700/Fax (248) 502-4001
                                                      cnoland@mcgrawmorris.com